**No. 09-9676. David Roy Griffey, Petitioner v. United States.**

560 U.S. 911, 130 S. Ct. 3290, 176 L. Ed. 2d 1196, 2010 U.S. LEXIS 4065.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 589 F.3d 1363.

**No. 09-9677. Jeffery Daniel Hughen, Petitioner v. Texas.**

560 U.S. 911, 130 S. Ct. 3291, 176 L. Ed. 2d 1196, 2010 U.S. LEXIS 3965.

May 17, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 297 S.W.3d 330.

**No. 09-9680. Furnell Severin, Petitioner v. Jefferson Parish, Louisiana, et al.**

560 U.S. 911, 130 S. Ct. 3291, 176 L. Ed. 2d 1196, 2010 U.S. LEXIS 3906.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 357 Fed. Appx. 601.

**No. 09-9695. Lynn E. Scott, Petitioner v. Kevin Milyard, Warden.**

560 U.S. 911, 130 S. Ct. 3291, 176 L. Ed. 2d 1196, 2010 U.S. LEXIS 3949.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 350 Fed. Appx. 213.

**No. 09-9707. Sherman Lynell Thomas, Petitioner v. Boyd W. Howze, Jr., et al.**

560 U.S. 911, 130 S. Ct. 3291, 176 L. Ed. 2d 1196, 2010 U.S. LEXIS 3995.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 348 Fed. Appx. 474.

**No. 09-9709. Giovanni Weems, Petitioner v. Illinois.**

560 U.S. 911, 130 S. Ct. 3291, 176 L. Ed. 2d 1196, 2010 U.S. LEXIS 3972.

May 17, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 391 Ill. App. 3d 1123, 367 Ill. Dec. 840, 982 N.E.2d 990.

**No. 09-9731. Yvett Smith, Petitioner v. Atlanta Postal Credit Union.**

560 U.S. 912, 130 S. Ct. 3292, 176 L. Ed. 2d 1196, 2010 U.S. LEXIS 4053,

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 350 Fed. Appx. 347.

**No. 09-9735. Terry Lee Papenfus, Petitioner v. Jean Hill, Superintendent, Powder River Correctional Facility.**

560 U.S. 912, 130 S. Ct. 3292, 176 L. Ed. 2d 1196, 2010 U.S. LEXIS 3960.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.